## CAREY & SKINNER, INC. *v.* UNITED STATES

**No. 4711.**—Invoice dated Toronto, Canada, October 12, 1937.
Entered at Niagara Falls, N. Y., October 16, 1937.
Entry No. NF 1444.

### Third Division, Appellate Term

(Order dated January 25, 1940)

*Webster J. Oliver*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the appellee, for the motion.
*Tompkins & Tompkins* (*Allerton de C. Tompkins* of counsel) for the appellant, in opposition to the motion.

Before CLINE, EVANS, and KEEFE, Judges

#### ORDER

Upon the motion made by Webster J. Oliver, Assistant Attorney General, attorney for the appellee, memorandum in support thereof, the papers filed in opposition thereto by Tompkins & Tompkins, attorneys for the appellant, and upon the application for review of the decision of the trial court filed by Tompkins & Tompkins, attorneys for appellant, in this court on November 10, 1939, and upon all the other papers and proceedings had herein, and due deliberation having been had thereon, it is hereby

ORDERED that the application for review of the decision of Judge Dallinger not having been filed with the collector of customs, Buffalo, New York, within 30 days from the filing of the aforesaid decision with the collector, as required by Section 501 (b) of the Tariff Act of 1930, as amended by the Customs Administrative Act of 1938, be and the same hereby is dismissed and it is further

ORDERED that appellee herein have 15 days from the date of this order within which to serve and file its brief in connection with the appeal filed by the government in this court on November 22, 1939.

GENEVIEVE R. CLINE, Judge.
WALTER H. EVANS, Judge.
WILLIAM J. KEEFE, Judge.